IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YOLANDA DOBKINS,

    Petitioner,

v.

STUART FORREST, Chief Probation Officer of San Mateo County,

    Respondent.

No. C 08-05447 CW (PR)

ORDER TO SHOW CAUSE

    Petitioner, a probationer, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. She has paid the $5.00 filing fee. It does not appear from the face of the petition that it is without merit. Good cause appearing, the Court hereby issues the following orders:

    1. The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this Order on Petitioner at her current address.

    2. Respondent shall file with this Court and serve upon Petitioner, within <u>one-hundred twenty (120) days</u> of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the Answer a copy of all portions of the relevant state records that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

3.  If Petitioner wishes to respond to the Answer, she shall do so by filing a Traverse with the Court and serving it on Respondent within <u>sixty (60) days</u> of her receipt of the Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision <u>sixty (60) days</u> after the date Petitioner is served with Respondent's Answer.

4.  Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within <u>sixty (60) days</u> of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within <u>fifteen (15) days</u> of receipt of any opposition.

5.  It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a timely fashion. Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

6.  Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than <u>ten (10) days</u> prior to the deadline sought to be extended.

7.  The Clerk of the Court is directed to substitute Stuart Forrest, Chief Probation Officer of San Mateo County, as Respondent

2

1  in place of former Chief Probation Officer Loren Buddress, who has
2  retired.
3      IT IS SO ORDERED.
4  Dated: 6/24/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

YOLANDA DOBKINS,

        Plaintiff,

  v.

LOREN BUDDRESS et al,

        Defendant.

Case Number: CV08-05447 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yolanda Dobkins
766 Brussels St.
San Francisco, CA 94134

Attorney General
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA 94102

```
STUART FORREST
Chief Probation Officer
San Mateo County
```
222 Paul Scannell Drive
San Mateo, CA 94402

Dated: June 24, 2009

                                    Richard W. Wieking, Clerk
                                    By: Sheilah Cahill, Deputy Clerk