IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA DOBKINS, | No. C 08-05447 CW (PR) |
| Petitioner, | |
| v. | ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| STUART FORREST, Chief Probation Officer of San Mateo County | |
| Respondent. | |

This matter came before the Court for consideration of Petitioner's pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging her 2005 conviction in San Mateo County Superior Court.  The petition was denied on the merits.  Petitioner has filed a motion for leave to proceed in forma pauperis on appeal.  Because a certificate of appealability was denied in the Order denying the petition, and because the appeal is not taken in good faith, Petitioner's request to appeal in forma pauperis is DENIED.  28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

Dated: 4/21/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

YOLANDA DOBKINS,

        Plaintiff,

  v.

LOREN BUDDRESS et al,

        Defendant.

Case Number: CV08-05447 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yolanda Dobkins
766 Brussels St.
San Francisco, CA 94134

Dated: April 21, 2011

                              Richard W. Wieking, Clerk
                              By: Nikki Riley, Deputy Clerk

2